**Fill in this information to identify the case:**

Debtor name  **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known)  **19-80424**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 17, 2019**      X /s/ Ton Kelly
_____    _____
                                    Signature of individual signing on behalf of debtor

                                    **Ton Kelly**
                                    Printed name

                                    **President and Secretary**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **19-80424**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $            **535,485.61**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $            **813,922.91**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $          **1,349,408.52**

---

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $            **938,796.69**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $              **5,439.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$            **396,189.49**

4.   Total liabilities ..........................................................................................
     Lines 2 + 3a + 3b                                                                                                  $          **1,340,425.18**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Samha Foods, Co., LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | **19-80424** |

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

|  |  |
|---|---|
| **Wells Fargo Checking (0255)** | |
| **$112,513.15 had been frozen in this account because of a judgment rendered in the Supreme Court of the State of New York County of Kings bearing caption Quicksilver**<br>7.1. **Capital LLC against Samha Foods CO, LLC DBA Samha Foods and Ton Y Kelly** | **$6,720.92** |
| 7.2. **FNBO Savings (6620)** | **$0.00** |
| 7.3. **FNBO Checking (3538)** | **$0.00** |
| 7.4. **WF Savings (4042)** | **$43.30** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Samha Foods, Co., LLC** | Case number *(If known)* **19-80424** |
|---|---|---|
| | Name | |

**9.**  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $6,764.22 |
|---|---|

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

| 11a. 90 days old or less: | **150,631.50** | - | **0.00** | = .... | $150,631.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **373,542.26** | - | **186,771.13** | =.... | $186,771.13 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $337,402.63 |
|---|---|

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Meat** | | $55,379.97 | **N/A** | $55,379.97 |
| 20. | **Work in progress**<br>**Goods** | | $41,284.13 | **N/A** | $41,284.13 |
| 21. | **Finished goods, including goods held for resale**<br>**End product (processed meat)** | | $25,832.70 | **N/A** | $25,832.70 |
| 22. | **Other inventory or supplies** | | | | |

---

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 2

Debtor    **Samha Foods, Co., LLC**
Name

Case number *(If known)*  **19-80424**

| | |
|---|---|
| 23. | **Total of Part 5.** |
| | Add lines 19 through 22.  Copy the total to line 84. |

$122,496.80

24.  **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office Furniture | Unknown | N/A | $4,500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Printer**<br>**Computer**<br>**Router**<br>**Monitor** | Unknown | N/A | $1,623.31 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42.  Copy the total to line 86. |

$6,123.31

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Debtor | **Samha Foods, Co., LLC** | | Case number *(If known)* **19-80424** |
|---|---|---|---|
| | Name | | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Ford F150**<br>**Ford SUV**<br>**Toyota SUV** | **Unknown** | **N/A** | **$65,473.48** |
| **48.**     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**     **Aircraft and accessories** | | | |
| **50.**     **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**All other machinery, fixtures, and equipment,**<br>**including conveyor belt, saws, tables,**<br>**pressure washer, commercial cleaning**<br>**equipment, and scales.** | **Unknown** | **Recent cost** | **$90,000.00** |
| **Freezer, cooler, and cooling unit for**<br>**processing marinated product in Iowa Facility;**<br>**Custom build for facility;**<br>**Two year project to complete 2017-2018** | **$74,478.28** | **Recent cost** | **$74,478.28** |
| **Rollstock VC999 RS420c (serial number:**<br>**RS42016959280) acquired August 2016** | **$101,695.00** | **Comparable sale** | **$74,000.00** |
| **Cooling unit for processing non-marinated**<br>**product in Iowa Facility**<br><br>**Current value 50% of cost.**<br>**Acquired and installed 2016-2017** | **$64,368.37** | **Recent cost** | **$32,184.19** |
| **Specialty made metal shelving units**<br><br>**Current value is 50% of cost value** | **$10,000.00** | **Recent cost** | **$5,000.00** |

**51.**     **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.

| $341,135.95 |
|---|

**52.**     **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No

| Debtor | **Samha Foods, Co., LLC** | Case number *(If known)* **19-80424** |
|---|---|---|
| | Name | |

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:       Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Samha Foods, Co., LLC** | Case number *(If known)* **19-80424** |
|---|---|---|
| | Name | |

55.1. **Common address:**
**104 Willow Rd,**
**Schleswig, IA**
**51461-4103**

**Legal Description:**

**Parcel I: Lots H and R**
**and the South Half**
**(S1/2) of Lot I, and**
**the South Half (S1/2)**
**of Lot Q all in the**
**Southern Heights**
**Second Addition to**
**the City of**
**Schelswig, Crawford**
**County, Iowa;**
**AND**

**Parcel II: A Fifty Foot**
**(50') wide Public**
**Street described as:**
**All that part of**
**Second Street in the**
**City of Schleswig,**
**Iowa, commencing at**
**the Southwest (SW)**
**corner of Lot "R" in**
**the Southern Heights**
**Addition to the City**
**of Schleswig, Iowa;**
**thence North along**
**and abutting the west**
**boundering line of**
**Lots "R" and "Q" in**
**the Southern Heights**
**Addition to the**
**Northwest (NW)**
**corner of Lot "Q";**
**thence West Fifty Fee**
**(W 50') along the**
**north boundary line**
**of Second Street to**
**the Northeast (NE)**
**corner of Lot "I" in**
**the Southern Heights**
**Addition to the City**
**of Schleswig, Iowa;**
**thence south along**
**and abutting the east**
**boundary line of Lots**
**"I" and "H" in the**
**Southern Heights**
**Addition to the City**
**of Schleswig, Iowa;**
**thence East Fifty Feet**
**(E 50') along the**
**Southern boundary**
**line of Second Street**
**to the Southwest**
**(SW) corner of Lot**
**"R" to the point of**
**beginning.**

| | Joint tenant | $535,485.61 | Recent cost | $535,485.61 |
|---|---|---|---|---|

Debtor    **Samha Foods, Co., LLC**                                    Case number *(If known)*  **19-80424**
          Name

56.    **Total of Part 9.**

|  | **$535,485.61** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>Web domain name: https://samha.us/ | $0.00 | | $0.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

|  | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Samha Foods, Co., LLC**
Name

Case number *(If known)*  **19-80424**

Debtor   **Samha Foods, Co., LLC**_____   Case number *(If known)* **19-80424**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,764.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $337,402.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $122,496.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,123.31 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $341,135.95 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $535,485.61 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $813,922.91 | + 91b. $535,485.61 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,349,408.52 |

**Fill in this information to identify the case:**

Debtor name  **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)  **19-80424**

☐ Check if this is an
  amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American Prairie Foundation**<br>Creditor's Name<br><br>**7 E. Beall St. Suite 100**<br>**Bozeman, MT 59715**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Rollstock VC999 RS420c (serial number: RS42016959280)** | $42,696.09 | $74,000.00 |

Creditor's email address, if known

Describe the lien
**Secured Promissory Note**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 31, 2016; Note transferred Dec 31, 2018**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1.APH
2. Celtic Bank Corp.
3. Region

---

| **2.2** **Celtic Bank Corporation**<br>Creditor's Name<br>**268 South State Street, Suite 300**<br>**Salt Lake City, UT 84111**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Debtor's Assets, except commercial real estate** | $72,048.04 | Unknown |

Creditor's email address, if known

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 26, 2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of 4

| Debtor | **Samha Foods, Co., LLC** | Case number (if know) | **19-80424** |
|---|---|---|---|
| | Name | | |

- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

All Debtor's Property:
1. Celtic
2. Region
A/R:
3. Pearl
4. OnDeck
5. QuickSilver

---

| 2.3 | **OnDeck Capital, Inc.** | Describe debtor's property that is subject to a lien | $235,230.60 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1400 Broadway
New York, NY 10018**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
December 11, 2018
Last 4 digits of account number
9834**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
See 2.2

**All Debtor's assets, except commercial real estate**

Describe the lien
**Revenue Purchase Agreement**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 | **Pearl Delta Funding, LLC** | Describe debtor's property that is subject to a lien | $57,446.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**525 Washington Blvd, 22nd Floor
Jersey City, NJ 07310**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
October 11, 2018
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
See 2.2

**Debtor's account receivable**

Describe the lien
**Revenue Purchase Agreement**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.5 | **QuickSilver Capital LLC** | Describe debtor's property that is subject to a lien | $86,457.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**4208 18th Avenue
Brooklyn, NY 11218**

Creditor's mailing address

**Debtor's account receivable**

Describe the lien
**Factoring Agreement**

Is the creditor an insider or related party?
- [✔] No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Samha Foods, Co., LLC** | | Case number (if know) | **19-80424** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**January 7, 2019**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
See 2.2

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Region XII Development Corp** | **Describe debtor's property that is subject to a lien** | $281,664.52 | $372,231.17 |
|---|---|---|---|---|

Creditor's Name

**1009 E. Anthony Street
PO Box 768
Carroll, IA 51401**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Commercial Real Property in IA and all other property of Debtor; Value of Collateral that supports claim is equity in Commercial Property after 1st lien**

**Describe the lien**

**Security Agreement; Commercial Real Estate Mortgage; 2nd lien on Commercial Property**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 16, 2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
Commercial Property
1. Wells Fargo
2. Region XII Development Corp
Other Property:
See 2.2

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Wells Fargo** | **Describe debtor's property that is subject to a lien** | $163,254.44 | $535,485.61 |
|---|---|---|---|---|

Creditor's Name

**CMG Support Mac
D4004-03A
PO Box 2715
Winston Salem, NC
27102-2715**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Commercial Real Property owned by L & K Packing International LLC dba Schleswig Specialty Meats, which has be dissolved and absorbed into Samha Foods, LLC.**

**Common address: 104 Willow Rd, Schleswig, IA 51461-4103**

**Describe the lien**

**Mortgage; 1st lien on Commercial Property**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0155**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Samha Foods, Co., LLC** | Case number (if know) | **19-80424** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
Commercial Property
1. Wells Fargo
2. Region XII Development Corp
Other Property:
See 2.2

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$938,796.69** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila**<br>**1330 6th Ave, Suite 600B**<br>**New York, NY 10019** | Line __2.5__ | |
| **Bluevine Capital Inc**<br>**401 Warren St Suite 300**<br>**Redwood City, CA 94063** | Line __2.2__ | |
| **Montana Prairie Holdings**<br>**7 East Beall Street, Suite 100**<br>**Bozeman, MT 59715** | Line __2.1__ | |
| **OnDeck**<br>**901 North Stuart Street, Suite 700**<br>**Arlington, VA 22203** | Line __2.3__ | |
| **Theodore Jon Cohen**<br>**5 Hanover Sq, Suite 2102**<br>**New York, NY 10004** | Line __2.4__ | |
| **Toyota Financial Services**<br>**8951 Cypress Waters Blvd #300**<br>**Coppell, TX 75019** | Line ___ | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **19-80424**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,439.00** | **$0.00** |
|  | **Crawford County Treasurer** | *Check all that apply.* | | |
|  | **1202 Broadway** | ☐ Contingent | | |
|  | **Denison, IA 51442** | ☐ Unliquidated | | |
|  |  | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **December 10, 2018** | **Property Taxes** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ☑ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|  | **A+ Construction** | ☐ Contingent | |
|  | **22997 Three Bridge Rd** | ☐ Unliquidated | |
|  | **Council Bluffs, IA 51503** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Labor and materials** | |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,725.00** |
|  | **All-State Construction** | ☐ Contingent | |
|  | **1206 O'Banion Road** | ☐ Unliquidated | |
|  | **Dunlap, IA 51529** | ☐ Disputed | |
|  | Date(s) debt was incurred  **May 7, 2018** | Basis for the claim:  **Labor and materials** | |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | **Samha Foods, Co., LLC** | | Case number *(if known)* | **19-80424** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,986.36** |
|---|---|---|---|
| | **American Foods Group**<br>**500 South Washington St**<br>**Green Bay, WI 54301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Meat** | |
| | Last 4 digits of account number  **2571** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,712.99** |
|---|---|---|---|
| | **Bettcher Industries, Inc.**<br>**6801 State Route 60**<br>**Birmingham, OH 44816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **January 4, 2019** | Basis for the claim:  **Equipment** | |
| | Last 4 digits of account number  **5825** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.77** |
|---|---|---|---|
| | **Bunzl Processor Division**<br>**12240 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Equipment** | |
| | Last 4 digits of account number  **0557** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181.90** |
|---|---|---|---|
| | **Chad's Plumbing**<br>**P. O. Box 101**<br>**Schleswig, IA 51461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **March 2019** | Basis for the claim:  **Plumbing Services** | |
| | Last 4 digits of account number  **5494** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,815.61** |
|---|---|---|---|
| | **Compart Family Farms**<br>**45198 400th Street**<br>**Nicollet, MN 56074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Meat** | |
| | Last 4 digits of account number  **5987** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,806.31** |
|---|---|---|---|
| | **Greater Omaha Packing Co**<br>**P.O. Box 7566**<br>**3001 L Street**<br>**Omaha, NE 68107-0566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Meat** | |
| | Last 4 digits of account number  **8899** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |
|---|---|---|---|
| | **Horn Physician Clinic**<br>**700 East Second Street**<br>**Ida Grove, IA 51445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **November 7, 2017** | Basis for the claim:  **Worker Comp - Employee benefits** | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| Debtor | **Samha Foods, Co., LLC** | | Case number *(if known)* | **19-80424** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,819.71** |
|---|---|---|---|
| | **Imperial Beef** | ☐ Contingent | |
| | **PO Box 659** | ☐ Unliquidated | |
| | **Blair, NE 68008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Meat** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,497.54** |
|---|---|---|---|
| | **Industrial Packaging** | ☐ Contingent | |
| | **PO Box 540453** | ☐ Unliquidated | |
| | **Omaha, NE 68154** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Packaging Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,591.23** |
|---|---|---|---|
| | **Jackman Florida Wagyu Beef, LLC** | ☐ Contingent | |
| | **PO Box 3609** | ☐ Unliquidated | |
| | **Clewiston, FL 33440** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Meat** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,762.07** |
|---|---|---|---|
| | **Jaebeom Kim** | ☐ Contingent | |
| | **104 Willow Road** | ☐ Unliquidated | |
| | **Schleswig, IA 51461** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Expense Reimbursement/Owner Draw** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$433.35** |
|---|---|---|---|
| | **Johnson Propane Inc.** | ☐ Contingent | |
| | **P. O. Box 138** | ☐ Unliquidated | |
| | **960 1st Street** | ☐ Disputed | |
| | **Battle Creek, IA 51006-0138** | | |
| | Date(s) debt was incurred  **January 27, 2019** | **Basis for the claim:**  **Plant Utilties** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,119.00** |
|---|---|---|---|
| | **Jorgenson Accounting** | ☐ Contingent | |
| | **12808 Augusta Avenue** | ☐ Unliquidated | |
| | **Omaha, NE 68144-3733** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Professional Accounting Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,354.96** |
|---|---|---|---|
| | **Kasperbauer Cleaners, Inc.** | ☐ Contingent | |
| | **P. O. Box 391** | ☐ Unliquidated | |
| | **Carroll, IA 51401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Cleaning Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Samha Foods, Co., LLC** | Case number (if known) | **19-80424** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kloewer Pumping Service**
**P. O. Box 173**
**Defiance, IA 51527**

Date(s) debt was incurred __January 17, 2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Septic Cleaning Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$165.00**

---

| 3.18 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nebraska Beef**
**4501 S. 36th Street**
**Omaha, NE 68107**

Date(s) debt was incurred _

Last 4 digits of account number __1829__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Meat**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,751.43**

---

| 3.19 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Palco**
**11490 S. 153rd Street**
**Omaha, NE 68138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Packaging Material**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,902.88**

---

| 3.20 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Plunkett's Pest Control**
**40 52nd Way Northeast**
**Minneapolis, MN 55421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control**

Is the claim subject to offset? ■ No  ☐ Yes

**$435.91**

---

| 3.21 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Premier Proteins, LLC**
**105 South Jefferson St**
**Suite C-3 #101**
**Kearney, MO 64060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Meat**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,430.63**

---

| 3.22 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RMH Systems**
**1130 SE Westbrooke Dr.**
**PO Box 970**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Packaging/Scale Service/Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,311.30**

---

| 3.23 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sioux Preme Packing Co.**
**2800 Murray Street**
**Sioux City, IA 51111**

Date(s) debt was incurred _

Last 4 digits of account number __1274__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Meat Costs**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,437.15**

---

| Debtor | **Samha Foods, Co., LLC** | Case number (if known) | **19-80424** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,130.17** |

**Sure Trucking**
**607 E. 18th Street**
**South Sioux City, NE 68776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8285**

Basis for the claim:  **Freight**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ton Kelly**
**10261 Nebraska Ave**
**Omaha, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,439.00** |

**UltraSource**
**1414 W. 29th Street**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,348.10** |

**Ultravac Services**
**1414 W. 29th Streety**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.46** |

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.68** |

**USDA FSIS**
**US Bank - FSIS Lockbox**
**P.O. Box 979001**
**Saint Louis, MO 63197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9699**

Basis for the claim:  **USDA - FSIS Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,123.31** |

**USDA, AMS, Livestock**
**PO Box 790304**
**Saint Louis, MO 63179-0304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Samha Foods, Co., LLC** | | Case number *(if known)* | **19-80424** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.58** |
|---|---|---|---|

**Waltons**
**3639 N Comotara Street**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number   **52FC**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,599.09** |
|---|---|---|---|

**WestRock**
**14079 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Packaging Material**

Last 4 digits of account number   **6034**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **5,439.00** |
| 5b. Total claims from Part 2 | 5b. + $ | **396,189.49** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | **401,628.49** |

**Fill in this information to identify the case:**

Debtor name    **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **19-80424**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **60 Month Lease at $3,408/month** <br><br> **Packaging maching Acct# 241473-005 Opened October 30, 2018** | |
| State the term remaining    **56** | |
| List the contract number of any government contract    **n/a** | **Balboa Capital 575 Anton Blvd, 123th Floor Costa Mesa, CA 92626** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **20 Month Lease with payments at $163.81 per month, beginning July 9, 2018 2018 Toyota Palletjack Model 8HBW23; Serial # 29874** | |
| State the term remaining    **12** | |
| List the contract number of any government contract    **n/a** | **F-M Forklift Sales & Services, Inc 4350 Main Ave Fargo, ND 58103-1013** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Warehouse Lease Agreement for Warehouse located at 10532 Bondesson Circ, Omaha, NE 68122** | |
| State the term remaining    | |
| List the contract number of any government contract    **n/a** | **JCJD Investments 10520 Bondesson Cir Omaha, NE 68122** |

**Fill in this information to identify the case:**

Debtor name     **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEBRASKA

Case number (if known)     **19-80424**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **B & T Mongolian Grill, Inc.** | | **Pearl Delta Funding, LLC** | ☑ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **L & K Packing International, LLC** | **104 Willow Road Schleswig, IA 51461** | **Pearl Delta Funding, LLC** | ☑ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **Omaha Livestock & Meats, Inc.** | | **Pearl Delta Funding, LLC** | ☑ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Quality Meats, Inc.** | **10261 Nebraska Ave Omaha, NE 68134** | **Pearl Delta Funding, LLC** | ☑ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5   **Quality Meats, Inc.** | **10261 Nebraska Ave Omaha, NE 68134** | **Greater Omaha Packing Co** | ☐ D _____<br>☑ E/F   **3.8**<br>☐ G _____ |

| Debtor | **Samha Foods, Co., LLC** | Case number *(if known)* | **19-80424** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Quality Meats, Inc.** | 10261 Nebraska Ave<br>Omaha, NE 68134<br>**The agreement has Samha Foods Company LLC dba Quality Meats, Inc.** | **Region XII Development Corp** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Quality Meats, Inc.** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **American Prairie Foundation** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Soon O Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **QuickSilver Capital LLC** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Soon O Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Pearl Delta Funding, LLC** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Soon O Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Region XII Development Corp** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Ton Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Celtic Bank Corporation** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Ton Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Pearl Delta Funding, LLC** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Ton Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **QuickSilver Capital LLC** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Samha Foods, Co., LLC** | Case number *(if known)* | **19-80424** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| 2.14 | **Ton Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Region XII<br>Development Corp** | ■ D _**2.6**_<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Ton Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **OnDeck Capital, Inc.** | ■ D _**2.3**_<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Quality Meats,<br>Inc.** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Balboa Capital** | ☐ D _____<br>☐ E/F _____<br>■ G _**2.1**_ |
| 2.17 | **Soon O Kelly** | 10261 Nebraska Ave<br>Omaha, NE 68134 | **Balboa Capital** | ☐ D _____<br>☐ E/F _____<br>■ G _**2.1**_ |

**Fill in this information to identify the case:**

Debtor name        **Samha Foods, Co., LLC**

United States Bankruptcy Court for the:        DISTRICT OF NEBRASKA

Case number (if known)        **19-80424**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**        **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$628,616.24** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,742,333.24** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,683,010.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**        **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Samha Foods, Co., LLC**                                    Case number *(if known)*  **19-80424**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Foods Group** **500 South Washington St** **Green Bay, WI 54301** | 1/27/2019 | $7,669.20 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Balboa Capital** **575 Anton Blvd, 123th Floor** **Costa Mesa, CA 92626** | 2/1/2019 2/25/2019 | $6,827.10 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Lease Payment** |
| 3.3. **Cannonball Express Transportation Inc.** **10064 S 134th S** **Omaha, NE 68138** | 12/19/2018 12/26/2018 12/27/2018 1/2/2019 1/6/2019 1/23/2019 1/27/2019 3/5/2019 3/13/2019 | $48,744.08 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. **Compart Family Farms** **45198 400th Street** **Nicollet, MN 56074** | 1/8/2019 1/23/2019 3/8/2019 | $63,381.53 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Greater Omaha Packing Co** **P.O. Box 7566** **3001 L Street** **Omaha, NE 68107-0566** | 12/20/2018 12/26/2018 1/3/2019 1/23/2019 1/31/2019 2/13/2019 2/19/2019 2/25/2019 3/11/2019 3/15/2019 | $99,725.35 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **H & P Union, LLC** **1825 S. 330th St., #B11** **Federal Way, WA 98003** | 12/27/2018 3/5/2019 | $45,473.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. **Imperial Beef** **PO Box 659** **Blair, NE 68008** | 12/31/2018 1/12/2019 1/17/2019 1/29/2019 2/8/2019 2/25/2019 3/8/2019 3/13/2019 | $42,563.96 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Samha Foods, Co., LLC**                              Case number *(if known)*  **19-80424**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **L & K Packing Inc** | **12/26/2018**<br>**2/4/2019**<br>**2/15/2019**<br>**3/12/2019** | **$41,938.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9.  **Marcus Food Co**<br>**P.O. Box 781659**<br>**Wichita, KS 67278-1659** | **1/9/2019** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10.  **Morgan Ranch**<br>**83583 Gracie Creek Ave**<br>**Burwell, NE 68823** | **1/16/2019**<br>**2/6/2019** | **$8,093.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11.  **Nebraska Beef**<br>**4501 S. 36th Street**<br>**Omaha, NE 68107** | **12/19/2018**<br>**12/27/2018**<br>**1/1/2019**<br>**1/8/2019**<br>**1/16/2019**<br>**1/18/2019**<br>**1/21/2019**<br>**2/4/2019**<br>**2/13/2019** | **$122,159.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12.  **Premier Proteins, LLC**<br>**105 South Jefferson St**<br>**Suite C-3 #101**<br>**Kearney, MO 64060** | **12/23/2018**<br>**12/24/2018**<br>**12/28/2018**<br>**1/1/2019**<br>**1/21/2019**<br>**1/24/2019**<br>**3/1/2019** | **$151,329.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13.  **Iowa Premium Beef, LLC**<br>**Roy Wiggs**<br>**3337L Ave**<br>**Tama, IA 52339** | **1/12/2019**<br>**2/5/2019**<br>**2/19/2019**<br>**3/11/2019** | **$120,239.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14.  **Sioux Preme Packing Co.**<br>**2800 Murray Street**<br>**Sioux City, IA 51111** | **12/7/2018**<br>**1/18/2019**<br>**2/12/2019** | **$13,388.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Samha Foods, Co., LLC** | | Case number *(if known)* | **19-80424** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.15. **Sure Trucking** <br> **607 E. 18th Street** <br> **South Sioux City, NE 68776** | **12/28/2018** <br> **1/3/2019** <br> **1/8/2019** <br> **1/13/2019** <br> **1/18/2019** <br> **2/24/2019** | **$9,296.96** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Quality Meats, Inc.** <br> **10261 Nebraska Ave** <br> **Omaha, NE 68134** <br> **Sister Company owned 100% by Ton Kelly** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Quicksilver Capital, LLC v. Samha Foods Co, DBA Samha Foods and Soon O Kelly and Ton Y Kelly 505729/2019** | **Civil/Judgment of Confession; Creditor seized funds from Wells Fargo checking account on date of filing, March 18, 2019.** | **Supreme Court of the State of New York County of Kings 360 Adams St #4 Brooklyn, NY 11201** | ☐ Pending <br> ☐ On appeal <br> ■ Concluded |

| Debtor | **Samha Foods, Co., LLC** | Case number *(if known)* | **19-80424** |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Koenig Dunne PC LLO**<br>**1266 South 13th Street**<br>**Omaha, NE 68108** | **Retainer** | | **$20,000.00** |
| | **Email or website address**<br>**howardd@koenigdunne.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

---

| Debtor | **Samha Foods, Co., LLC** | Case number *(if known)*  **19-80424** |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Samha Foods, Co., LLC** | Case number *(if known)* | **19-80424** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Samha Warehouse**<br>**10532 Bondesson Circle**<br>**Omaha, NE 68122** | **Ton Kelly** | **Proccessed Meat & Supplies** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Samha Foods, Co., LLC | Case number *(if known)* | 19-80424 |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Loren R Jorgenson**<br>**12808 Augusta Ave**<br>**Omaha, NE 68144** | **2011-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **QuickSilver Capital LLC**<br>**4208 18th Avenue**<br>**Brooklyn, NY 11218** |
| 26d.2.    **OnDeck Capital, Inc.**<br>**1400 Broadway**<br>**New York, NY 10018** |
| 26d.3.    **Region XII Development Corp**<br>**1009 E. Anthony Street**<br>**PO Box 768**<br>**Carroll, IA 51401** |
| 26d.4.    **Celtic Bank Corporation**<br>**268 South State Street, Suite 300**<br>**Salt Lake City, UT 84111** |
| 26d.5.    **American Prairie Foundation**<br>**7 E. Beall St. Suite 100**<br>**Bozeman, MT 59715** |

| Debtor | **Samha Foods, Co., LLC** | Case number *(if known)* | **19-80424** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ton Kelly** | **10261 Nebraska Ave Omaha, NE 68134** | **Owner/President** | **88%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Soon O Kelly** | **10261 Nebraska Ave Omaha, NE 68134** | **Former Owner** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Namil Kim** | | **CFO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jae Beom Kim** | **104 Willow Road Schleswig, IA 51461** | **Owner/Investor** | **12%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ton Kelly 10261 Nebraska Ave Omaha, NE 68134** | **Member Draws totalling $18,000** | **1/4/2019 1/12/2019 2/3/2019 2/13/2019 3/1/2019 3/11/2019** | |
| | Relationship to debtor **Owner/President** | | | |

Debtor    **Samha Foods, Co., LLC**                                    Case number *(if known)*  **19-80424**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Jae Beom Kim** | **Member draw totalling $24,500** | **4/12/2018**<br>**4/17/2018**<br>**5/24/2018**<br>**7/30/2018**<br>**8/29/2018**<br>**9/14/2018**<br>**9/30/2018**<br>**10/12/2018**<br>**11/1/2018**<br>**11/15/2018**<br>**12/7/2018** | |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.3. | **Jae Beom Kim** | **Apartment payments totaling $5663** | **3/23/2018**<br>**5/11/2018**<br>**6/8/2018**<br>**7/9/2018**<br>**8/17/2018**<br>**9/7/2018**<br>**10/9/2018**<br>**11/1/2018**<br>**2/24/2019** | |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.4. | **Ton Kelly**<br>**10261 Nebraska Ave**<br>**Omaha, NE 68134** | **Payments on personal AmEx Credit Card for expense reimbursements totaling $28,559.54** | **3/28/2018**<br>**4/13/2018**<br>**4/16/2018**<br>**4/16/2018**<br>**5/19/2018**<br>**5/22/2018**<br>**6/3/2018**<br>**6/13/2018**<br>**6/25/2018**<br>**6/25/2018**<br>**6/28/2018**<br>**6/28/2018**<br>**8/26/2018**<br>**9/1/2018**<br>**9/30/2018**<br>**11/9/2018**<br>**12/13/2018**<br>**12/24/2018**<br>**1/14/2019** | **Business expense reimbursements that Ton Kelly paid for with personal AmEx credit card.** |
| | **Relationship to debtor**<br>**Owner/President** | | | |

Debtor    **Samha Foods, Co., LLC**                              Case number *(if known)*  **19-80424**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Ton Kelly**<br>**10261 Nebraska Ave**<br>**Omaha, NE 68134**<br><br>Relationship to debtor<br>**Owner/President** | **Payments on personal Visa Credit Card (1353) for expense reimbursements totaling $3,100** | **7/25/2018**<br>**11/4/2018**<br>**12/3/2018**<br>**1/7/2019**<br>**2/8/2019**<br>**3/3/2019** | **Business expense reimbursements that Ton Kelly paid for with personal Visa credit card (1353).** |
| 30.6. | **Ton Kelly**<br>**10261 Nebraska Ave**<br>**Omaha, NE 68134**<br><br>Relationship to debtor<br>**Owner/President** | **Payments on personal Visa Credit Card (3753) for expense reimbursements totaling $3,900** | **4/7/2018**<br>**5/6/2018**<br>**6/3/2018**<br>**7/9/2018**<br>**8/1/2018**<br>**9/2/2018** | **Business expense reimbursements that Ton Kelly paid for with personal Visa credit card (3753).** |
| 30.7. | **Ton Kelly**<br>**10261 Nebraska Ave**<br>**Omaha, NE 68134**<br><br>Relationship to debtor<br>**Owner/President** | **Payments on personal Visa Credit Card (4297) for expense reimbursements totaling $5,121.83** | **3/28/2018**<br>**6/3/2018**<br>**7/13/2018**<br>**7/28/2018**<br>**9/23/2018**<br>**10/31/2018**<br>**12/3/2018**<br>**2/8/2019**<br>**3/3/2019** | **Business expense reimbursements that Ton Kelly paid for with personal Visa credit card (4297)** |
| 30.8. | **Ton Kelly**<br>**10261 Nebraska Ave**<br>**Omaha, NE 68134**<br><br>Relationship to debtor<br>**Owner/President** | **Payments on personal Visa Credit Card (6134) for expense reimbursements totaling $22,771.36** | **3/28/2018**<br>**4/10/2018**<br>**4/13/2018**<br>**5/17/2018**<br>**5/19/2018**<br>**6/3/2018**<br>**6/10/2018**<br>**6/13/2018**<br>**7/15/2018**<br>**7/22/2018**<br>**7/25/2018**<br>**7/28/2018**<br>**8/5/2018**<br>**8/27/2018**<br>**8/28/2018**<br>**10/15/2018**<br>**11/2/2018**<br>**11/9/2018**<br>**11/16/2018**<br>**12/13/2018**<br>**12/14/2018**<br>**1/18/2019**<br>**2/10/2019** | **Business expense reimbursements that Ton Kelly paid for with personal Visa credit card (6134)** |

Debtor    **Samha Foods, Co., LLC**                                         Case number *(if known)*    **19-80424**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | | | 4/3/2018<br>4/24/2018<br>5/2/2018<br>5/15/2018<br>5/25/2018<br>5/28/2018<br>5/31/2018<br>6/5/2018<br>6/28/2018<br>7/12/2018<br>7/18/2018<br>7/26/2018<br>7/27/2018<br>7/31/2018<br>8/14/2018<br>8/21/2018<br>8/30/2018<br>9/11/2018<br>9/17/2018<br>9/26/2018<br>10/1/2018<br>10/5/2018<br>10/8/2018<br>10/11/2018<br>10/19/2018<br>11/6/2018<br>11/24/2018<br>2/8/2019<br>2/16/2019<br>2/20/2019<br>2/27/2019<br>3/2/2019<br>3/13/2019<br>10/19/2019 | |
| | **Ton Kelly**<br>**10261 Nebraska Ave**<br>**Omaha, NE 68134** | **Payments on personal Visa Credit Card (9919) for expense reimbursements totaling $28,438.33** | | **Business expense reimbursements that Ton Kelly paid for with personal Visa credit card (9919)** |
| | **Relationship to debtor**<br>**Owner/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Samha Foods, Co., LLC**                                          Case number *(if known)*    **19-80424**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2019**

**/s/ Ton Kelly**                                              **Ton Kelly**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President and Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nebraska

In re    **Samha Foods, Co., LLC**                                    Case No.    **19-80424**
_____
                                         Debtor(s)              Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **\*Attorney to file Fee Application** |
| Prior to the filing of this statement I have received (retainer) | $    **20,000.00** |
| Balance Due | $    **\*Attorney to file Fee Application** |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods and judicial liens.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, preparation and filing of reaffirmation agreements, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
_Date_

**Howard T. Duncan 15851**
_Signature of Attorney_
**Koenig Dunne PC LLO**
**1266 South 13th Street**
**Omaha, NE 68108**
**402-346-1132   Fax: 402-346-0151**
**howardd@koenigdunne.com**
_Name of law firm_

---

# United States Bankruptcy Court
### District of Nebraska

In re  **Samha Foods, Co., LLC**

Case No.  **19-80424**

Debtor(s)

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 17, 2019**

Signature  **/s/ Ton Kelly**

**Ton Kelly**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nebraska

In re    **Samha Foods, Co., LLC**                            Case No.    **19-80424**
                                       Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 17, 2019**                          **/s/ Ton Kelly**
                                                   **Ton Kelly**/**President and Secretary**
                                                   Signer/Title